

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHN MARK TAYLOR, et al. | CIVIL No. 07-02054 |
| versus | |
| TENSAS BASIN LEVEE BOARD DISTRICT, et al. | JUDGE DEE D. DRELL MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiffs' motion for class certification (Doc. Item 113) be DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 7th day of April, 2009.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**